1004

GORDON OVERBY, *Appellant*, v. DONALD ELLERTSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-2-01837-5, John F. Nichols, J., entered November 26, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

SHERRIE McCUE, ET AL., *Appellants*, v. C-TRAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-01688-5, Roger A. Bennett and John F. Nichols, JJ., entered December 19, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

W. LEONARD SEELEY, ET AL., *Appellants*, v. ROBERT ALLAN RODEN, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 00-2-00374-0, Roger A. Bennett, J., entered November 5, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J.; Morgan, J., dissenting in part.

THE STATE OF WASHINGTON, *Respondent*, v. CALE A. NILES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-8-01022-0, Paula Casey, J., entered February 7, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Houghton, J.